DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BASIL MONCRIEFFE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1178

[August 22, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Barbara A. McCarthy, Judge; L.T. Case No. 12-004909CF10A.

Basil Moncrieffe, Madison, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***